UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY; D'ARRIGO BROS. CO OF CALIFORNIA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>YUMA COUNTY WATER USERS ASSOCIATIONS, and DOES 1 through 10,<br><br>　　　　　　　　　　　Defendant. | Case No.: 21-CV-78 JLS (AGS)<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>(ECF No. 17) |

　　　Presently before the Court is Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 17). Plaintiffs have not filed an opposition to the Motion. *See generally* Docket. On its own motion, the Court **VACATES** the hearing currently set for October 28, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: October 21, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge